UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CENTRALSQUARE TECHNOLOGIES LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    v.<br><br>EAGLE POINT CREDIT COMPANY INC.; EAGLE POINT CREDIT MANAGEMENT LLC, EAGLE POINT INCOME MANAGEMENT LLC, EAGLE POINT INSTITUTIONAL INCOME FUND; EAGLE POINT INCOME COMPANY INC.; CAPRA IBEX ADVISORS, LLC, CAPRA IBEX CREDIT OPPORTUNITIES, LLC, CAPRA CREDIT MANAGEMENT, LLC, FAIR OAKS INCOME LIMITED; FAIR OAKS CAPITAL LLC, LIVERMORE INVESTMENTS GROUP LIMITED; ELDRIDGE INDUSTRIES, LLC, ELDRIDGE STRUCTURED CREDIT ADVISERS, LLC, PANAGRAM CAPITAL, LLC, PEARL DIVER CREDIT COMPANY INC.; PEARL DIVER CAPITAL LLP; and JOHN DOE CLO EQUITY INVESTORS 1–99,<br><br>            Defendants. | Case No. 3:26-cv-00106 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff CentralSquare Technologies LLC and its counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against the defendants Eagle Point Credit Company Inc., Eagle Point Credit Management LLC, Eagle Point Income Management LLC, Eagle Point Institutional Income Fund, Eagle Point Income Company Inc., Capra Ibex Advisors, LLC, Capra Ibex Credit Opportunities, LLC, Capra Credit Management, LLC, Fair Oaks Income

Limited, Fair Oaks Capital LLC, Livermore Investments Group Limited, Eldridge Industries, LLC, Eldridge Structured Credit Advisers, LLC, Panagram Capital, LLC, Pearl Diver Credit Company Inc., Pearl Diver Capital LLP, and John Doe Clo Equity Investors 1–99.

Dated: January 26, 2026

**SCOTT+SCOTT
ATTORNEYS AT LAW LLP**

/s/ Amanda F. Lawrence
Amanda F. Lawrence
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Telephone: 860-638-9328
Facsimile: 860-531-2606
pmcgahan@scott-scott.com
alawrence@scott-scott.com

*Counsel for Plaintiff and the Class*